## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br><br>MARIANGELIE  SANTIAGO HERNANDEZ<br><br>DEBTOR(S) | CASE NO. 11-03192-EAG<br><br>CHAPTER: 13 |

### MOTION REQUESTING DISMISSAL

**TO THE HONORABLE COURT:**

Comes now, **RELIABLE FINANCIAL SERVICES, INC.**, holder of a secured claim and Movant herein, and respectfully sets forth and prays:

1. Movant is the holder in due course of a duly executed conditional sales contract over motor vehicle SUZUK AERIO 2006 registered under number 3351850, executed by debtor(s) on SEPTEMBER 5, 2006.

2. Debtor's(s') Chapter 13 Plan was confirmed on NOVEMBER 25, 2013.  Said plan calls for $200.00 X 5,     $.00 X 6,    $200.00 X 15,    $325.00 X 31    each.   Movant is proposed to be paid 100% of its claim through the Chapter 13 Trustee's Office (Trustee).

3. However, according to the records made available to creditors by the Trustee, as of today's date, debtor(s) has(have) only paid **$5,300.00**, out of **$6,275.00** due.

4. Section 1307 (c) (6) of the Bankruptcy Code provides for the dismissal of a case under chapter  13 for "material default by the debtor with respect to a term of a confirmed plan."

**WHEREFORE**, Movant requests the dismissal of the instant case since debtor(s) has(have)defaulted on the payments to the Chapter 13 Trustee.

**NOTICE TO ALL PARTIES** is hereby given to the effect that unless a party in interest objects to the dismissal of this case within thirty (30) days from the date of this notice, the case may be dismissed without a hearing.

## CERTIFICATE OF MAILING

I hereby certify that the present motion was filed electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the **JOSE R. CARRION**, Trustee and **MADELINE SOTO PACHECO,** Debtor(s) Attorney and that we have sent copy of this document through regular mail to Debtor(s) **MARIANGELIE SANTIAGO HERNANDEZ, URB PORTAL DEL VALLE CALLE SEGOVIA 50 JUANA DIAZ, PR 00795** and all non CM/ECF participants interested parties to their address of record.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico this 1st day of MAY, 2014.

/S/ CARLOS E. PEREZ PASTRANA
**USDC-208913**
**Attorney for Movant**
**PO BOX 21382**
**SAN JUAN, PR 00928-1382**
**TEL. 787-625-6645 FAX: 787-625-4891**
**cperezp@reliablefinancial.com**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 11-03192-EAG |
| MARIANGELIE SANTIAGO HERNANDEZ | CHAPTER 13 |
| DEBTOR(S) | |

## MOTION SUBMITTING DECLARATION
## UNDER PENALTY OF PERJURY

Comes now, **RELIABLE FINANCIAL SERVICES,INC.**, holder of a secured claim and Creditor herein and submitting to the Honorable Court the following declaration:

I, **Hildaris B. Burgos Muriel**, **Bankruptcy Officer** for RELIABLE FINANCIAL SERVICES, declare under penalty of perjury, the following:

That according to the enclosed certification, provided by Department of Defense Manpower Data Center (DMDC), debtor(s) is(are) not on active military duty nor in the military service and does not fall within the Service Member Civil Relief Act of 2003.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico this 01 day of MAY, 2014.

/S/Hildaris B. Burgos Muriel
**Bankruptcy Officer**
P. O. Box 21382
San Juan, PR 00928-1382
Tel: (787)625-6647 Fax:(787)625-4891
hburgosm@reliablefinancial.com

QURMTDNOMI_10G.RDF
v 20111005



Department of Defense Manpower Data Center  Results as of : May-01-2014 08:47:24 AM

SCRA 3.0

## Status Report
## Pursuant to Servicemembers Civil Relief Act

Last Name: **SANTIAGO**

First Name: **MARIANGELIE**

Middle Name:

Active Duty Status As Of: **May-01-2014**

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: E9ED307530BCF70

```
Label Matrix for local noticing          Cooperativa de Ahorro Y Credito de Juana Dia    NATIONAL CAPITAL MANAGEMENT, LLC
0104-2                                    PO Box 8849                                     8245 TOURNAMENT DRIVE SUITE 230
Case 11-03192-EAG13                       Ponce, PR 00732-8849                            MEMPHIS, TN 38125-1741
District of Puerto Rico
Ponce
Tue Aug 27 09:59:30 AST 2013

PRA RECEIVABLES MANAGEMENT LLC            RELIABLE FINANCIAL SERVICES                    US Bankruptcy Court District of PR
POB 41067                                 PO BOX 21382                                   Jose V Toledo Fed Bldg & US Courthouse
NORFOLK, VA 23541-1067                    SAN JUAN, PR 00928-1382                        300 Recinto Sur Street, Room 109
                                                                                         San Juan, PR 00901-1964


ARIEL SOTO SANTIAGO                       AT&T MOBILITY                                  CENTENNIAL
HC 5 BOX 13849                            PO BOX 537104                                  PO BOX 71333
JUANA DIAZ, PR  00795-9518                ATLANTA, GA  30353-7104                        SAN JUAN, PR  00936-8433


COOP AHORRO Y CREDITO JUANA DIAZ          CRIM                                           DPTO DE TRANSPORTACION Y OBRAS PUBLICAS
CALLE COMERCIO #13                        PO BOX 195387                                  OFICINAS REGIONALES
PO BOX 1439                               SAN JUAN, PR  00919-5387                      PO BOX 4294
JUANA DIAZ, PR  00795-1439                                                               SAN JUAN, PR  00940-1249


EASTERN AMERICA INSURANCE CO              FIRST  BANK                                    FIRST BANK PUERTO RICO
PO BOX 9023862                            BANKRUPTCY  DIVISION                           BANKRUPTCY DIVISION
SAN JUAN, PR 00902-3862                   P.O. BOX 9146                                  PO BOX 9146
                                          SAN JUAN, PR 00908-0146                        SAN JUAN, PR  00908-0146


GE Money Bank                             HOME DEPOT CREDIT SERVICES                     INTERNAL REVENUE SERVICE
c/o B-Line, LLC                           PROCESSING CENTER                              CITY VIEW PLAZA II
MS 550                                    DES MOINES, IA  50364-0500                    48 CARR 165 STE 2000
PO Box 91121                                                                             GUAYNABO, PR  00968-8000
Seattle, WA 98111-9221


(p)INTERNAL REVENUE SERVICE               PUERTO RICO ELECTRIC POWER                     SCOTIABANK DE PUERTO RICO
CENTRALIZED INSOLVENCY OPERATIONS         BANKRUPTCY CLAIMS OFFICE                       DEPARTAMENTO DE PRESTAMOS HIPOTECARIOS
PO BOX 7346                               PO BOX 364267                                  PO BOX 71576
PHILADELPHIA PA 19101-7346                SAN JUAN PR 00936-4267                         SAN JUAN, PR 00936-8676


SEARS CREDIT CARDS                        WALMART                                        WALMART
PO BOX 183081                             PO BOX 530927                                  PO BOX 960024
COLUMBUS, OH  43218-3081                  ATLANTA, GA  30353-0927                        ORLANDO, FL  32896-0024


JOSE RAMON CARRION MORALES                MADELINE SOTO PACHECO                          MARIANGELIE SANTIAGO HERNANDEZ
PO BOX 9023884                            LUBE & SOTO LAW OFFICES, P.S.C.                URB PORTAL DEL VALLE
SAN JUAN, PR 00902-3884                   1130 AVE FD ROOSEVELT                          CALLE SEGOVIA 50
                                          SAN JUAN, PR 00920-2906                        JUANA DIAZ, PR 00795-5508


MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA, PA 19114-0326

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)National Capital Management, LLC.
8245 Tournament Drive
Suite 230
Memphis, TN 38125-1741

(d)PRA Receivables Management, LLC
POB 41067
Norfolk, VA 23541-1067

(d)RELIABLE FINANCIAL SERVICES
PO BOX 21382
SAN JUAN, PR 00928-1382

End of Label Matrix
Mailable recipients    27
Bypassed recipients     3
Total                  30